UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>C. URIAS, et al.,<br><br>        Defendant. | 1:23-cv-00170-HBK (PC)<br><br>ORDER TO SUBMIT ENCLOSED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>30-DAY DEADLINE |

Plaintiff—a prisoner—initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on February 3, 2023.  (Doc. No. 1).  Plaintiff submitted a copy of his inmate trust account but did not accompany the complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee.  If Plaintiff fails to timely comply with this order, or request an extension by showing good cause, the undersigned will recommend the Court dismiss this case for Plaintiff's failure to comply with a court order and/or prosecute this action. **action.**

Dated:    February 7, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1