1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LEON HAWKINS,

               Plaintiff,

    v.

C. URIAS,

               Defendant.

Case No. 1:23-cv-00170-HBK (PC)

ORDER GRANTING DEFENDANT URIAS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS

(Doc. No. 13)

AUGUST 3, 2023 DEADLINE

      Pending before the Court is Defendant C. Urias' Ex Parte Application for Extension of Time to File Waiver of Service of Process, filed on July 20, 2023. (Doc. No. 13).  The Attorney General's Office seeks a 14-day extension of time to determine whether it will be representing Defendant Urias, and if so, to execute a waiver of service for Urias.  (*Id*. at 2).  Counsel makes a special appearance for the limited purpose of requesting this extension.

      The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  Fed. R. Civ. P. 6(b)(1)(A).  The Court finds good cause to grant the extension.  Defendant Urias must execute and file a waiver of service no later than August 3, 2023.

      ////

1       Accordingly, it is hereby **ORDERED**:

2       Defendant Urias' ex parte application for extension of time (Doc. No. 13) is GRANTED,

3 as set forth above.

4

5 Dated:   July 21, 2023

6                              HELENA M. BARCH-KUCHTA
7                              UNITED STATES MAGISTRATE JUDGE

8

9     .