UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>    Plaintiff,<br><br>v.<br><br>C. URIAS,<br><br>    Defendant. | Case No. 1:23-cv-00170-HBK (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 17)<br><br>SEPTEMBER 20, 2023 DEADLINE |

Before the Court is Defendant's motion for extension of time filed on August 17, 2023. (Doc. No. 17). Defendant seeks a thirty (30) day extension of time, **until September 20, 2023**, to file a response to Plaintiff's complaint. (*Id*.). The motion is timely, and the Court finds good cause to grant the motion. Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, it is hereby **ORDERED**:

Defendant's motion for extension of time (Doc. No. 17) is GRANTED.

Dated:   August 18, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE