UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. URIAS,<br><br>　　　　Defendant. | Case No. 1:23-cv-00170-KES-HBK (PC)[1]<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND CERTAIN DEADLINES IN CASE MANAGEMENT SCHEDULING ORDER<br><br>(Doc. No. 37) |

Pending before the Court is Defendant's motion to modify certain deadlines in the Case Management Scheduling Order, which was filed on October 10, 2024. (Doc. No. 37). Specifically, Defendant requests to extend the deadline to complete non-expert discovery from November 28, 2024 to January 13, 2025, extend the deadline to file motions to compel from November 14, 2024 to December 30, 2024, and extend the deadline to respond to Plaintiff's pending discovery requests[2] from October 10, 2024 to November 25, 2024. (Doc. No. 37 at 1-2). Defendant requests the extensions in light of Defendant's counsel's current caseload and deadlines. (*Id.*). Finding good cause, the Court will grant Defendant's request to amend the

---

[1] On March 14, 2024, this case was reassigned to District Judge Kirk E. Sherriff. (Doc. No. 33).

[2] Specifically, Plaintiff's (1) Request for Production of Documents (Set One); (2) Interrogatories (Set One); and (3) Requests for Admission (Set One).

scheduling order deadlines.  *See* Fed. R. Civ. P. 16(b)(4).

        Accordingly, it is **ORDERED:**

1. Defendant's Motion (Doc. No. 37) is GRANTED to the extent set forth herein.
2. The deadline for Defendant to respond to Plaintiff's discovery requests is extended from October 10, 2024 to November 25, 2024.
3. The deadline to file motions to compel is extended from November 14, 2024 to December 30, 2024.
4. The deadline to complete non-expert discovery is extended from November 28, 2024 to January 13, 2025.
5. The procedures set forth in the March 4, 2024 Case Management and Scheduling Order (Doc. No. 32) otherwise shall govern this action.

Dated:   October 16, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE