UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. URIAS,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00170-KES-HBK (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND CERTAIN DEADLINES IN CASE MANAGEMENT SCHEDULING ORDER<br><br>(Doc. No. 39) |

　　　　Pending before the Court is Defendant's second motion to modify certain deadlines in the Case Management Scheduling Order, which was filed on November 22, 2024. (Doc. No. 39). Due to Defendant's unavailability, Defendant requests a further 14-day extension to the non-expert discovery (from January 13, 2025 to January 27, 2025), the deadline to file motions to compel (December 30, 2024 to January 13, 2025), and the deadline to respond to Plaintiff's pending discovery requests (from November 25, 2024 to December 9, 2024). (*Id*.). Finding good cause, the Court will grant Defendant's second request to amend certain of the Case Management and Scheduling Order deadlines. *See* Fed. R. Civ. P. 16(b)(4).

　　　　Accordingly, it is **ORDERED:**

　　　　1. Defendant's Motion (Doc. No. 39) is GRANTED to the extent set forth herein.

　　　　2. The deadline for Defendant to respond to Plaintiff's discovery requests is extended

from November 25, 2024 to December 9, 2024.

3. The deadline to file motions to compel is extended from December 30, 2024 to January 13, 2025.

4. The deadline to complete non-expert discovery is extended from January 13, 2025 to January 27, 2025.

5. The remaining deadlines and procedures set forth in the March 4, 2024 Case Management and Scheduling Order (Doc. No. 32) otherwise shall govern this action.

Dated:   December 2, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2