UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>          Plaintiff,<br><br>     v.<br><br>C. URIAS,<br><br>          Defendant. | Case No. 1:23-cv-00170-KES-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE REPLY OR REQUEST TO WITHDRAW MOTION<br><br>SEPTEMBER 12, 2025 DEADLINE |

On August 5, 2025, Plaintiff filed a motion regarding Plaintiff's settlement payment. (Doc. No. 51). Plaintiff claims that as of the date he signed the motion—July 10, 2025—he had not yet received the settlement funds under the Settlement Agreement which were due on or about July 22, 2025. (*Id.* at 2).

On August 22, 2025, Defendant filed an opposition to the motion. (Doc. No. 52). Defendant attaches the Declaration of John W. Nam, Deputy Attorney General. Deputy Attorney General Nam attests that "an update from CDCR's settlement coordinator" indicates that the "settlement fund payment occurred on August 11, 2025."

Accordingly, it is hereby ORDERED:

1. **On or before September 12, 2025**, Plaintiff shall file either a reply or request to request

to withdraw his motion as moot due to his receipt of the settlement funds.

2. If Plaintiff fails to file a reply or a request, the Court will deem the Declaration uncontested and issue Findings and Recommendations that the district court deny Plaintiff's motion as moot.

Dated:   August 25, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE