UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HAWKINS,<br><br>          Plaintiff,<br><br>     v.<br><br>C. URIAS,<br><br>          Defendant. | Case No.  1:23-cv-00170-KES-HBK (PC)<br><br>FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION AS MOOT<br><br>(Doc. No. 51)<br><br>FOURTEEN-DAY OBJECTION PERIOD |

On August 5, 2025, Plaintiff filed a motion regarding Plaintiff's settlement payment. (Doc. No. 51).  Plaintiff claims that as of the date he signed the motion—July 10, 2025—he had not yet received the settlement funds under the Settlement Agreement which were due on or about July 22, 2025. (*Id*. at 2).  Liberally construed, Plaintiff seeks to enforce the settlement agreement he reached with the California Department of Corrections.

On August 22, 2025, Defendant filed an opposition to the motion. (Doc. No. 52). Defendant attaches the Declaration of John W. Nam, Deputy Attorney General. Deputy Attorney General Nam attests that "an update from CDCR's settlement coordinator" indicates that the "settlement fund payment occurred on August 11, 2025."

On August 25, 2025 the Court issued an order directing Plaintiff to file either a reply to Defendant's opposition or a request to withdraw his motion as moot by September 12, 2025. (Doc. No. 53 at 1-2).  The Court informed Plaintiff that failure to file either a reply or a request to

withdraw his motion would result in the Court deeming Defendant's declaration that the settlement has been paid as uncontested and issuing Findings and Recommendations that the district court deny Plaintiff's motion as moot. (*Id.* at 2). Plaintiff has not filed a rely to Defendant's opposition or a request to withdraw his motion, and the deadline to do so has since expired. (*See* Docket).

ACCORDINGLY, it is **RECOMMENDED**:

Plaintiff's construed motion to enforce settlement agreement (Doc. No. 51) be DENIED as MOOT.[1]

### NOTICE TO PARTIES

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. *Id.*; Local Rule 304(b). The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." The assigned District Judge will review these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C). A party's failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

Dated:   October 6, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court need not determine whether it retained jurisdiction to enforce the settlement agreement given that the motion is moot.

2