1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LEON HAWKINS,                             Case No.  1:23-cv-00170-KES-HBK (PC)

12                    Plaintiff,               ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS TO DENY
13            v.                               PLAINTIFF'S MOTION AS MOOT

14    C. URIAS,                                 Docs. 51, 54

15                    Defendant.

16

17          On August 5, 2025, plaintiff Leon Hawkins filed a motion regarding his settlement

18    payment.  Doc. 51.  Plaintiff claimed he had not yet received the settlement funds that were due

19    under the settlement agreement.  *Id.* at 2.  On August 22, 2025, defendant Urias filed an

20    opposition to the motion, attesting that the California Department of Corrections and

21    Rehabilitation's (CDCR) records show that the settlement fund payment occurred on August 11,

22    2025.  Doc. 52 at 3.  On August 25, 2025, the Court directed plaintiff to file a reply or request to

23    withdraw his motion as moot.  Doc. 53.  Plaintiff was informed that should he fail to file a reply

24    or a request to withdraw his motion, the Court would deem defendant's declaration that the

25    settlement was paid as uncontested and issue findings and recommendations to deny plaintiff's

26    motion as moot.  *Id.* at 2.  Plaintiff did not respond to the Court's August 25, 2025 order.  *See*

27    docket.  Thereafter, on October 6, 2025, the assigned magistrate judge issued findings and

28    recommendations to deny plaintiff's construed motion to enforce the settlement agreement as

moot. Doc. 54. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 2. Plaintiff did not file any objections and the deadline to do so has expired. *See* docket.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendation issued on October 6, 2025, Doc. 54, are **ADOPTED** in full;

2. Plaintiff's construed motion to enforce settlement agreement, Doc. 51, is **DENIED** as **MOOT**.

IT IS SO ORDERED.

Dated:    November 9, 2025

_____
UNITED STATES DISTRICT JUDGE

2